06-CV-01100-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE LAWSON,<br><br>        Plaintiff,<br><br>    v.<br><br>HAROLD CLARKE, *et al.*,<br><br>        Defendants. | CASE NO.    C06-1100-JLR-JPD<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS' CROSS-MOTIONS FOR SUMMARY JUDGMENT |

    The Court, having reviewed plaintiff's complaint, plaintiff's motion for summary judgment, defendants' cross-motions for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)     The Court adopts the Report and Recommendation.

    (2)     Plaintiff's motion for summary judgment (Dkt. No. 24) is DENIED.

    (3)     Defendants' cross-motions for summary judgment (Dkt. Nos. 23 and 29) are GRANTED.

ORDER DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT AND
GRANTING DEFENDANTS' CROSS-
MOTION FOR SUMMARY JUDGMENT - 1

Case 2:06-cv-01100-JLR   Document 40-3   Filed 08/29/2007   Page 2 of 2

1  (4)  Plaintiff's complaint, and this action, are DISMISSED with prejudice.

2  (5)  The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants,

3  and to the Honorable James P. Donohue.

4  DATED this 21st day of September, 2007.

JAMES L. ROBART
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT AND
GRANTING DEFENDANTS' CROSS-
MOTION FOR SUMMARY JUDGMENT - 2